# United States District Court
## *Southern District of Georgia*

EARNEST CLAYTON,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER:  6:19-cv-11

WARDEN ALLEN, et al.,

Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated August 23, 2019,  adopting the Magistrate Judge's

Report and Recommendation, judgment is hereby entered dismissing the case without prejudice and

denying Plaintiff leave to appeal in forma pauperis.

Approved by: _____

August 30, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*